**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARNELL STANLEY,** | : | **CIVIL NO. 1:CV-12-0123** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this 11th day of March, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion to dismiss the "Supplemental Complaint" and for the appointment of counsel (Doc. No. 36/37) is **denied**.

2. Within twenty (20) days from the date of this order, Plaintiff shall file a proper amended complaint as instructed herein and in the Memorandum and Order dated April 22, 2013 (Doc. No. 35.) The failure to do so will result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and comply with a court order.

3. The Clerk of Court is directed to provide Plaintiff with two blank 28 U.S.C. § 1331 civil rights forms for his use in preparing an amended complaint.

					S/ Yvette Kane
					YVETTE KANE, District Judge
					Middle District of Pennsylvania