**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARNELL STANLEY,** | : | CIVIL NO. 3:CV-12-0123 |
| Plaintiff | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA, <u>et al.</u>,** | : | |
| Defendants | : | |
| | : | |

## ORDER

**AND NOW, THIS 12th DAY OF SEPTEMBER, 2014**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The complaint (Doc. No. 1) is **dismissed for failure to prosecute** and comply with a court order pursuant to Fed. R. Civ. P. 41(b).

2. The Clerk of Court is directed to **close this case**.

3. Any appeal from this order is deemed frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

*s/ Yvette Kane*
YVETTE KANE, District Judge
Middle District of Pennsylvania